UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW A. LAWRIE,<br><br>  Plaintiff,<br>vs.<br>CHRISTIAN PFEIFFER,<br><br>  Defendant. | **1:21-cv-00724 DAD-GSA-PC**<br><br>**ORDER RE PLAINTIFF'S OBJECTIONS TO ORDER OF CLARIFICATION (ECF No. 20.)** |

Matthew A. Lawrie ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On April 22, 2021, Plaintiff filed the Complaint commencing this action at the United States District Court for the Central District of California. (ECF No. 1.) On April 30, 2021, the case was transferred to this court. (ECF No. 4.)

On October 28, 2021, Chief District Judge Kimberly J. Mueller issued an Order of Clarification ("Order"), indicating that no district judge would be available to take action in civil Unassigned/NONE cases until further notice. (ECF No. 18.) On November 9, 2021, Plaintiff filed objections to the Orde, in which he advanced a number of arguments and requests, alleging that "the complete issue is by decision and meant to create conflict to deter

Plaintiff from: (A) Litigating SCN160404 and PN26595 and this case also; (B) Stop Plaintiff from reaching compatibility for E.P.E.D. 2028, by design." (Id. at 2 ¶7.)

Plaintiff's objections are moot because on February 3, 2022, this case was reassigned to District Judge Dale A. Drozd for all further proceedings.  (ECF No. 23.)

Accordingly, IT IS HEREBY ORDERED that Plaintiff's objections, filed on November 9, 2021, are resolved by this order.

IT IS SO ORDERED.

Dated:   **April 22, 2022**                              **/s/ Gary S. Austin**
                                                                     UNITED STATES MAGISTRATE JUDGE