UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW A. LAWRIE,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN PFEIFFER,<br><br>Defendant. | No. 1:21-cv-00724-DAD-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 14, 27) |

Plaintiff Matthew A. Lawrie is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 26, 2022, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion for a preliminary injunction (Doc. No. 14) filed on July 29, 2021 be denied. (Doc. No. 27.) Those pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.*) On May 13, 2022, plaintiff requested a 60-day extension of time in which to file objections, which the court granted. (Doc. Nos. 29, 30.) Nevertheless, that time has now passed and with it the time in which plaintiff could file objections to the pending findings and recommendations. No objections have been filed with the court.

/////

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on April 26, 2022 (Doc. No. 27), are adopted; and
2. Plaintiff's motion for a preliminary injunction (Doc. No. 14) is denied.

IT IS SO ORDERED.

Dated: **August 23, 2022**

UNITED STATES DISTRICT JUDGE